# Exhibit "E"

# CLAIM CHART DEMONSTRATING
# DIRECT INFRINGEMENT OF CLAIMS 1-7
# OF U.S. PATENT NO. 8,578,537
# APPLIED TO AN ACCUSED BEAM

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| 1. A structural concrete beam, comprising: | Archer Western, Hubbard, NWER, Parsons, Heath & Lineback, GDOT, and SRTA, jointly and/or individually, make, use, sell, offer for sale, or import the Accused Beams.[1]  GDOT and SRTA, jointly and/or individually, offer for sale and sell to customers the right to access and use the Accused Beams.  Herein, Plaintiff provides an infringement chart against an exemplary Accused Beam used in the NWC Express Lanes.  To be clear, Plaintiff is asserting infringement against all Accused Beams that Defendants make, use, sell, offer for sale, or import, even if the Accused Beams involve different designs than the exemplary Accused Beam or are associated with projects other than the NWC Express Lanes.<br><br>An Accused Beam is a structural concrete beam:<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19.<br><br>FN[1]: Although these contentions are sometimes written in the present tense, these contentions apply to all past and future uses or implementations. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| a lowermost-prefabricated structural concrete portion having an uppermost point and a lowermost point; | An Accused Beam comprises a lowermost-prefabricated structural concrete portion having an uppermost point and a lowermost point.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>TYPICAL SECTION OF STRADDLE BENT<br><br>PRECAST CONCRETE<br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| an uppermost poured-in-place structural concrete portion, wherein said poured-in-place structural concrete portion comprises at least ten percent of the total weight of said structural concrete beam; | An Accused Beam comprises an uppermost poured-in-place structural concrete portion, wherein the poured-in-place structural concrete portion comprises at least ten percent of the total weight of an Accused Beam.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said uppermost poured-in-place structural concrete portion extends substantially above said upper-most point of said lowermost prefabricated structural concrete portion; | The uppermost poured-in-place structural concrete portion of an Accused Beam extends substantially above the upper-most point of the lowermost prefabricated structural concrete portion.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said uppermost poured-in-place portion is constructed utilizing temporary formwork; | The uppermost poured-in-place portion of an Accused Beam is constructed utilizing temporary formwork.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

6

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said uppermost poured-in-place portion is constructed utilizing temporary formwork; | The uppermost poured-in-place portion of an Accused Beam is constructed utilizing temporary formwork.<br><br>Bridge 11 is a six-span bridge over the existing I-75 southbound lanes, and was constructed with very tight horizontal and vertical geometry controls. This required the construction of a straddle bent over three lanes of I-75 traffic. To minimize disruptions, a two-stage straddle bent cap solution was executed. First, crews placed precast, post-tensioned inverted tee pier caps and put up formwork during overnight closures. Then they constructed the top portion of the cap, which was cast-in-place concrete. The precast straddle bents were placed by a 300-ton Liebherr LTM 1300-6.2 hydraulic crane.<br><br>Source: Road & Bridges Publication, No.1 Award for Top Roads 2018 awarded to the NWC Express Lanes at https://www.roadsbridges.com/no-1-northwest-corridor-express-lanes and endorsed via hyperlink by a Parsons press release at https://www.parsons.com/2018/10/parsons-northwest-corridor-express-lanes-project-no-1-roads-bridges-top-10-roads/. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said lowermost prefabricated structural concrete portion is sufficiently strong to support the moment load produced by the placement of fresh concrete of the poured-in-place portion and the self-weight of the prefabricated portion itself; | The lowermost prefabricated structural concrete portion of an Accused Beam is sufficiently strong to support the moment load produced by the placement of fresh concrete of the poured-in-place portion and the self-weight of the prefabricated portion itself.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| **Claim 1** | **Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam** |
|---|---|
| reinforcing extending from said lowermost prefabricated structural concrete portion into said uppermost poured-in-place structural concrete portion; | An Accused Beam comprises reinforcing extending from the lowermost prefabricated structural concrete portion into the uppermost poured-in-place structural concrete portion. <br><br>  <br><br> Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18. <br><br>  <br><br> Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| said structural concrete beam is an inverted-T beam and | An Accused Beam is an inverted-T beam.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| said structural concrete beam is an inverted-T beam and | An Accused Beam is an inverted-T beam. Bridge 11 is a six-span bridge over the existing I-75 southbound lanes, and was constructed with very tight horizontal and vertical geometry controls. This required the construction of a straddle bent over three lanes of I-75 traffic. To minimize disruptions, a two-stage straddle bent cap solution was executed. First, crews placed precast, post-tensioned inverted tee pier caps and put up formwork during overnight closures. Then they constructed the top portion of the cap, which was cast-in-place concrete. The precast straddle bents were placed by a 300-ton Liebherr LTM 1300-6.2 hydraulic crane. Source: Road & Bridges Publication, No.1 Award for Top Roads 2018 awarded to the NWC Express Lanes at https://www.roadsbridges.com/no-1-northwest-corridor-express-lanes and endorsed via hyperlink by a Parsons press release at https://www.parsons.com/2018/10/parsons-northwest-corridor-express-lanes-project-no-1-roads-bridges-top-10-roads/. |

| Claim 1 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said prefabricated structural concrete portion forms the horizontal corbel of said inverted-T beam and said poured-in-place portion forms the vertical web portion of said inverted-T beam. | The prefabricated structural concrete portion of an Accused Beam forms the horizontal corbel of the inverted-T beam and the poured-in-place portion forms the vertical web portion of the inverted-T beam.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br>TYPICAL SECTION OF STRADDLE BENT<br><br>☐ PRECAST CONCRETE<br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

12

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| 2. A structural concrete beam, comprising: | An Accused Beam is a structural concrete beam:<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

13

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| a prefabricated structural concrete portion; | An Accused Beam comprises a prefabricated structural concrete portion.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

14

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| a poured-in-place structural concrete portion, wherein said poured-in-place portion comprises at least ten percent of the total weight of said structural concrete beam; | An Accused Beam comprises a poured-in-place structural concrete portion, wherein the poured-in-place portion comprises at least ten percent of the total weight of an Accused Beam.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>TYPICAL SECTION OF STRADDLE BENT<br><br>PRECAST CONCRETE<br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
| --- | --- |
| wherein said poured-in-place structural concrete portion is constructed utilizing temporary formwork | The poured-in-place structural concrete portion of an Accused Beam is constructed utilizing temporary formwork.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>TYPICAL SECTION OF STRADDLE BENT<br><br>■ PRECAST CONCRETE<br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

16

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said poured-in-place structural concrete portion is constructed utilizing temporary formwork | The poured-in-place structural concrete portion of an Accused Beam is constructed utilizing temporary formwork.<br><br>Bridge 11 is a six-span bridge over the existing I-75 southbound lanes, and was constructed with very tight horizontal and vertical geometry controls. This required the construction of a straddle bent over three lanes of I-75 traffic. To minimize disruptions, a two-stage straddle bent cap solution was executed. First, crews placed precast, post-tensioned inverted tee pier caps and put up formwork during overnight closures. Then they constructed the top portion of the cap, which was cast-in-place concrete. The precast straddle bents were placed by a 300-ton Liebherr LTM 1300-6.2 hydraulic crane.<br><br>Source: Road & Bridges Publication, No.1 Award for Top Roads 2018 awarded to the NWC Express Lanes at https://www.roadsbridges.com/no-1-northwest-corridor-express-lanes and endorsed via hyperlink by a Parsons press release at https://www.parsons.com/2018/10/parsons-northwest-corridor-express-lanes-project-no-1-roads-bridges-top-10-roads/. |

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| and wherein the prefabricated structural concrete portion is sufficiently strong to support the moment load produced by the placement of fresh concrete of the poured-in-place portion and the self-weight of the prefabricated portion itself; | The prefabricated structural concrete portion of an Accused Beam is sufficiently strong to support the moment load produced by the placement of fresh concrete of the poured-in-place portion and the self-weight of the prefabricated portion itself.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| reinforcing extending from said prefabricated structural concrete portion into said poured-in-place structural concrete portion; and | An Accused Beam comprises reinforcing extending from the prefabricated structural concrete portion into the poured-in-place structural concrete portion.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said structural concrete beam is an "inverted-T" beam. | An Accused Beam is an inverted-T beam.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 2 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| wherein said structural concrete beam is an "inverted-T" beam. | An Accused Beam is an inverted-T beam.<br><br>Bridge 11 is a six-span bridge over the existing I-75 southbound lanes, and was constructed with very tight horizontal and vertical geometry controls. This required the construction of a straddle bent over three lanes of I-75 traffic. To minimize disruptions, a two-stage straddle bent cap solution was executed. First, crews placed precast, post-tensioned inverted tee pier caps and put up formwork during overnight closures. Then they constructed the top portion of the cap, which was cast-in-place concrete. The precast straddle bents were placed by a 300-ton Liebherr LTM 1300-6.2 hydraulic crane.<br><br>Source: Road & Bridges Publication, No.1 Award for Top Roads 2018 awarded to the NWC Express Lanes at https://www.roadsbridges.com/no-1-northwest-corridor-express-lanes and endorsed via hyperlink by a Parsons press release at https://www.parsons.com/2018/10/parsons-northwest-corridor-express-lanes-project-no-1-roads-bridges-top-10-roads/. |

| Claim 3 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---------|----------------------------------------------------------------------|
| 3. A structural concrete beam according to claim 2, wherein: said structural concrete beam is connected to a support column. | An Accused Beam is connected to a support column.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 4 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| 4. A structural concrete beam according to claim 3, further comprising: a recessed bearing area in said prefabricated portion for receiving an uppermost first end of said support column; and a void in said prefabricated portion for receiving reinforcing which extends from said uppermost first end of said support column. | An Accused Beam further comprises a recessed bearing area in the prefabricated portion for receiving an uppermost first end of the support column, and a void in the prefabricated portion for receiving reinforcing which extends from an uppermost first end of the support column.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 5 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| 5. A structural concrete beam according to claim 2, wherein: said poured-in-place portion comprises at least twenty percent of the total weight of said structural concrete beam. | The poured-in-place portion of an Accused Beam comprises at least twenty percent of the total weight of an Accused Beam.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 6 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| 6. A structural concrete beam according to claim 2, wherein: said poured-in-place portion comprises at least thirty percent of the total weight of said structural concrete beam. | The poured-in-place portion of an Accused Beam comprises at least thirty percent of the total weight of an Accused Beam.<br><br><br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.<br><br><br>TYPICAL SECTION OF STRADDLE BENT<br><br>PRECAST CONCRETE<br><br>Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |

| Claim 7 | Infringement Of U.S. Patent No. 8,578,537 Applied To An Accused Beam |
|---|---|
| 7. A structural concrete beam according to claim 2, wherein: said poured-in-place portion comprises at least forty percent of the total weight of said structural concrete beam. | The poured-in-place portion of an Accused Beam comprises at least forty percent of the total weight of an Accused Beam.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 18.  Source: ASPIRE Spring 2019 Publication, "Northwest Corridor Express Lanes," authored by Alan Kite, Parsons Corporation, at p. 19. |