**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LBH Engineers, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Archer Western Contractors, LLC,<br>Archer Western Construction, LLC,<br>Hubbard Construction Company,<br>Northwest Express Roadbuilders,<br>Parsons Corporation,<br>Parsons Transportation Group Inc., and<br>Heath & Lineback Engineers, Inc.,<br><br>    Defendants. | CASE NO. 1:19-cv-04477-LMM |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Archer Western Contractors, LLC, Archer Western Construction, LLC, Hubbard Construction Company, Northwest Express Roadbuilders, Parsons Corporation, Parsons Transportation Group, Inc., and Heath & Lineback Engineers, Inc. (collectively "Defendants") submit this Motion for Summary Judgment ("Motion") to adjudge U.S. Patent No. 8,578,537 (the "'537 Patent") invalid. Because Plaintiff LBH Engineers, LLC's ("LBH") Complaint is premised upon the '537 Patent, a finding of invalidity as to the '537 Patent requires dismissal with prejudice of this entire action.

{B1327058.1}                                    1

In accordance with LR 56.1(B)(1), NDGa., Defendants attach their Statement of Undisputed Material Facts. Defendants' Motion is supported by the reasons and authorities found in their concurrently-filed memorandum brief. Additionally, Defendants' Motion is supported by the following exhibits:

- Ex. 1:  U.S. Patent No. 8,578,537 ("the '537 Patent")

- Ex. 2:  LBH's First Supplemental Infringement Contentions

- Ex. 3:  S.A.A. Wahidi and R.W. Furlong, *Behavior of Stage-Cast Inverted-T Beams with the Precast Flange in Tension*, Center for Highway Research Report, No. CFHR 3-5-75-188-1 (Aug. 1976) ("*Furlong*")

- Ex. 4:  Center for Highway Research, *List of Published Reports* (Apr. 1982 ed.)

- Ex. 5:  Texas Department of Transportation's Texas Cooperative Highway Research Program, *Listing of Research Studies and Reports* (Jan. 1992 ed.)

- Ex. 6:  Walter Podolny, Jr., *An Overview of Precast Prestressed Segmental Bridges*, PCI Journal, Vol. 24, No. 1 (Jan.-Feb 1979) ("*Podolny*")

- Ex. 7:  Ley's Response to October 2010 Office Action

- Ex. 8   Ley's Response to September 2012 Office Action

- Declaration of Maher K. Tadros, Ph.D., P.E., which attaches the following exhibits:

     o Ex. A:  Dr. Tadros's *Curriculum Vitae*

     o Ex. B:  The '537 Patent

{B1327058.1}

2

    o Ex. C:  *Furlong*

    o Ex. D:  *Podolny*

    o Ex. E:  Dr. Tadros's Claim Chart

    o Ex. F:  Dr. Tadros's Calculations

- Declaration of Andrew S. Harris

WHEREFORE, Defendants request that the Court grant their Motion for Summary Judgment by finding the '537 Patent invalid and dismiss this action with prejudice. Defendants request all other relief in their favor the Court deems just and appropriate.

Dated: September 18, 2020

Respectfully submitted:

*/s/ Jeffrey J. Phillips*
JEFFREY J. PHILLIPS

*/s/ Todd M. Heffner*
TODD M. HEFFNER

NEAL J. SWEENEY
Georgia Bar No. 694725
TODD M. HEFFNER
Georgia Bar No. 595870
JONES WALKER LLP
1360 Peachtree St. NE, Suite 1030
Atlanta, Georgia 30309
Tel.: (404) 870-7500
Fax: (404) 870-7501
nsweeney@joneswalker.com
theffner@joneswalker.com

JEFFREY J. PHILLIPS
*Admitted pro hac vice*
Texas Bar No. 24037279
JONES WALKER LLP
811 Main St., Suite 2900
Houston, Texas 77002
Tel.: (337) 593-7600
Fax: (337) 593-7601
jphillips@joneswalker.com

{B1327058.1}

3

MICHAEL K. LEACHMAN
*Admitted pro hac vice*
Louisiana Bar No. 30158
JONES WALKER LLP
445 N. Blvd., Suite 800
Baton Rouge, Louisiana 70809
Tel.: (225) 248-2000
Fax: (225) 248-3154
mleachman@joneswalker.com

ANDREW S. HARRIS
*Admitted pro hac vice*
Mississippi Bar No. 104289
JONES WALKER LLP
190 East Capitol St., Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900
Fax: (601) 949-4804
aharris@joneswalker.com

***Attorneys for Parsons Transportation
Group, Inc. and Parsons Corporation***

Respectfully submitted:

 */s/ William Y. Klett III*
      WILLIAM Y. KLETT III

WILLIAM Y. KLETT III
*Admitted pro hac vice*
GRAHAM H. STIEGLITZ
Georgia Bar No. 682047
BURR & FORMAN LLP
171 17th Street NW, Suite 1100
Atlanta, Georgia 30363
wklett@burr.com
gstieglitz@burr.com

***Attorneys for Archer Western Contractors, LLC,
Archer Western Construction, LLC,
Hubbard Construction Company, and
Northwest Express Roadbuilders***

Respectfully submitted:

*/s/ Brian S. Spitler*
BRIAN S. SPITLER

BRIAN S. SPITLER
Georgia Bar No. 672287
KENT T. STAIR
Georgia Bar No. 674029
COPELAND, STAIR, KINGMA & LOVELL LLP
191 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30303
bspitler@cskl.law
kstair@cskl.law

***Attorneys for Heath & Lineback Engineers, Inc.***

## CERTIFICATE OF FONT AND POINT SELECTION

Undersigned counsel hereby certifies, pursuant to LR 7.1(D), NDGa., that the

foregoing was prepared in Times New Roman, 14 point font, which is one of the

font and point selections approved in LR 5.1, NDGa.

*/s/ Todd M. Heffner*
TODD M. HEFFNER

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the CM/ECF electronic filing system, which sent electronic notification to all counsel of record.

Dated: September 18, 2020

/s/ Todd M. Heffner
TODD M. HEFFNER
