IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LBH Engineers, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Archer Western Contractors, LLC,<br>Archer Western Construction, LLC,<br>Hubbard Construction Company,<br>Northwest Express Roadbuilders,<br>Parsons Corporation,<br>Parsons Transportation Group Inc., and<br>Heath & Lineback Engineers, Inc.,<br><br>    Defendants. | CASE NO. 1:19-cv-04477-LMM<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Patent L.R. 6.1, 6.2, and 6.3 and the Court's Scheduling Order (ECF 85, 89), Plaintiff LBH Engineers, LLC ("Plaintiff") and Defendants Archer Western Contractors, LLC, Archer Western Construction, LLC, Hubbard Construction Company, Northwest Express Roadbuilders, Parsons Corporation, Parsons Transportation Group Inc., and Heath & Lineback Engineers, Inc. (collectively, the "Defendants") respectfully submit this Joint Claim Construction Statement.

## I. The Agreed-Upon Constructions of Claim Terms, Phrases, Or Clauses

Pursuant to Patent L.R. 6.3(b)(1), the parties have met and conferred and have not reached agreement on any constructions.

## II. The Parties' Proposed Constructions of Disputed Claim Terms

Pursuant to Patent L.R. 6.3(b)(2), each side's proposed construction of each disputed claim term are set forth in Exhibits A and B hereto, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim. For the Court's convenience, below is a summary table comparing each side's proposed constructions of disputed claim terms:

| TERM | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION |
|---|---|---|
| "prefabricated structural concrete portion"<br><br>'537 Patent:<br>Claims 1 and 2 | "structural concrete portion that is premade somewhere other than the place where the structural concrete beam is ultimately situated" | "precast structural concrete portion" |

| | | |
|---|---|---|
| "inverted T-beam" and "'inverted-T' beam"<br><br>'537 Patent:<br>Claims 1 and 2 | "beam with at least one cross section that forms the shape of an inverted-T that is capable of supporting at least a portion of a load" | "a horizontal structural load bearing member having a uniform cross sectional shape of an upside down letter 'T' (⊥) along the entire length of said member" |
| "horizontal corbel of said inverted-T beam"<br><br>'537 Patent:<br>Claim 1 | No construction necessary.<br><br>Alternatively, "ledge located on said inverted-T beam that is capable of supporting at least a portion of a load" | "the horizontal base portion of the inverted-T beam, as construed above" |

### III. Anticipated Length of Time for Claim Construction Hearing

Pursuant to Patent L.R. 6.3(b)(3), the parties anticipate that the claim construction hearing will require 120 minutes.

### IV. Anticipated Witnesses for Claim Construction Hearing

Pursuant to Patent L.R. 6.3(b)(4), Plaintiff may present the testimony of Dr. Andrea Schokker and Dr. M. Tyler Ley at the Claim Construction Hearing. Dr. Schokker's *curriculum vitae* and a summary of the opinions she is expected to present are set forth in Exhibits C and D, respectively. Dr. Ley's *curriculum vitae* and a summary of the opinions he is expected to present are set forth in Exhibits E and F, respectively.

<u>Defendants take the following position:</u>

Extrinsic evidence is improper in this case in light of the intrinsic evidence, therefore Defendants believe the Court should not consider any extrinsic evidence— whether in the form of witness testimony or otherwise—with respect to claim construction. Thus, Defendants generally object to testifying expert witnesses at the claim construction hearing. Moreover, the Court specifically should not entertain testimony from the named inventor of the '537 Patent, Dr. Ley, concerning his post-litigation opinions about how the Court should construe the disputed claim terms. *E.g.*, *Vitronics Corp. v. Conceptronic*, 90 F.3d 1576, 1584 (Fed. Cir. 1996); *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 985-86 (Fed. Cir. 1995).

To the extent the Court allows the Plaintiff to offer extrinsic evidence, including witness testimony, Defendants intend to call Maher K. Tadros, Ph.D., P.E., to provide evidence. Dr. Tadros' *curriculum vitae* and a summary of the opinions he is expected to present are set forth in Exhibits G and H, respectively.

<u>Plaintiff takes the following position as to Defendants' position stated above:</u>

Defendants first raised this issue at the 11th hour at 4:00 pm CT, when Plaintiff notified Defendants in advance that it would be filing this joint statement at 5:00 pm CT.  Defendants did not raise this issue at all during a meet and confer regarding this joint statement that was conducted just one day prior on October 22,

2020. Plaintiff objects to Defendants' argumentative statement above, especially when Plaintiff has not even had the opportunity to timely respond. Defendants can lodge whatever objections they desire, but this joint statement is not the proper vehicle for such objections. Certainly not under the aforementioned circumstances.

### V.     Technology Tutorial

Each side anticipates presenting a technology tutorial on the pertinent field of art to the Court at the Claim Construction Hearing. The Parties' seek the Court's guidance concerning the preferred format (written presentation, oral testimony, or both) and deadlines for a mutual exchange of any written presentations sufficiently in advance of any hearing.

Respectfully submitted this 23rd day of October, 2020,

| /s/ Edward R. Nelson III | /s/ William Y. Klett III |
|---|---|
| Edward R. Nelson III (*admitted pro hac vice*) | WILLIAM Y. KLETT III |
| Texas Bar No. 00797142 | *Admitted pro hac vice* |
| John Murphy (*admitted pro hac vice*) | GRAHAM H. STIEGLITZ |
| Texas Bar No. 24056024 | Georgia Bar No. 682047 |
| Christopher G. Granaghan (*admitted pro hac vice*) | BURR & FORMAN LLP |
| Texas Bar No. 24078585 | 171 17th Street NW, Suite 1100 |
| Brian P. Herrmann (*admitted pro hac vice*) | Atlanta, Georgia 30363 |
| Texas Bar No. 24083174 | wklett@burr.com |
| ed@nbafirm.com | gstieglitz@burr.com |
| murphy@nbafirm.com | ***ATTORNEYS FOR DEFENDANTS ARCHER WESTERN CONTRACTORS, LLC, ARCHER WESTERN*** |

| | |
|---|---|
| chris@nbafirm.com<br>brian@nbafirm.com<br>NELSON BUMGARDNER ALBRITTON P.C.<br>3131 West Seventh Street, Suite 300<br>Fort Worth, Texas 76107<br>Telephone: (817) 377-9111<br><br>*/s/ Preston H. Heard*<br>Preston H. Heard *(Designated Local Counsel)*<br>Georgia Bar No. 476319<br>Preston.Heard@wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP<br>271 17th Street, NW<br>Suite 2400<br>Atlanta, Georgia 30363-1017<br>Telephone: (404) 872-7000<br><br>***ATTORNEYS FOR LBH ENGINEERS, LLC*** | ***CONSTRUCTION, LLC, HUBBARD CONSTRUCTION COMPANY, AND NORTHWEST EXPRESS ROADBUILDERS*** |
| */s/ Jeffrey J. Phillips*<br>NEAL J. SWEENEY<br>Georgia Bar No. 694725<br>TODD M. HEFFNER<br>Georgia Bar No. 595870<br>JONES WALKER LLP<br>1360 Peachtree St. NE, Suite 1030<br>Atlanta, Georgia 30309<br>Tel.: (404) 870-7500<br>nsweeney@joneswalker.com<br>theffner@joneswalker.com<br><br>JEFFREY J. PHILLIPS | */s/ Brian S. Spiler*<br>BRIAN S. SPITLER<br>Georgia Bar No. 672287<br>KENT T. STAIR<br>Georgia Bar No. 674029<br>COPELAND, STAIR, KINGMA & LOVELL LLP<br>191 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia 30303<br>bspitler@cskl.law<br>kstair@cskl.law<br><br>***ATTORNEYS FOR HEATH &*** |

6

| | |
|---|---|
| *Admitted pro hac vice*<br>Texas Bar No. 24037279<br>JONES WALKER LLP<br>811 Main St., Suite 2900<br>Houston, Texas 77002<br>Tel.: (337) 593-7600<br>jphillips@joneswalker.com<br><br>MICHAEL K. LEACHMAN<br>*Admitted pro hac vice*<br>Louisiana Bar No. 30158<br>JONES WALKER LLP<br>445 N. Blvd., Suite 800<br>Baton Rouge, Louisiana 70809<br>Tel.: (225) 248-2000<br>mleachman@joneswalker.com<br><br>ANDREW S. HARRIS<br>*Admitted pro hac vice*<br>Mississippi Bar No. 104289<br>JONES WALKER LLP<br>190 East Capitol St., Suite 800<br>Jackson, Mississippi 39201<br>Tel.: (601) 949-4900<br>aharris@joneswalker.com<br><br>***ATTORNEYS FOR PARSONS CORPORATION AND PARSONS TRANSPORTATION GROUP INC.*** | ***LINEBACK ENGINEERS, INC.*** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was prepared using 14-point Times New Roman font, and otherwise conforms to the requirements of Local Rule 5.1(C) and 7.1(D).

/s/ Edward R. Nelson III

## CERTIFICATE OF SERVICE

On October 23, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Georgia, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Edward R. Nelson III

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiff and Defendants have met and conferred in connection with this Joint Claim Construction Statement.

/s/ Edward R. Nelson III