IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LBH Engineers, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Archer Western Contractors, LLC,<br>Archer Western Construction, LLC,<br>Hubbard Construction Company,<br>Northwest Express Roadbuilders,<br>Parsons Corporation,<br>Parsons Transportation Group Inc., and<br>Heath & Lineback Engineers, Inc.,<br><br>    Defendants. | CASE NO. 1:19-cv-04477-LMM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY**

Pursuant to the Court's Scheduling Order (ECF 85, 89), Plaintiff LBH Engineers, LLC ("Plaintiff") and Defendants Archer Western Contractors, LLC, Archer Western Construction, LLC, Hubbard Construction Company, Northwest Express Roadbuilders, Parsons Corporation, Parsons Transportation Group Inc., and Heath & Lineback Engineers, Inc. (collectively, the "Defendants") respectfully and jointly move the Court for entry to modify the Scheduling Order as to the deadline

for completion of claim construction discovery. The parties propose that the date for the completion of claim construction discovery be modified from November 9, 2020 to December 9, 2020.

Respectfully submitted this 28th day of October, 2020,

| | |
|---|---|
| */s/ Edward R. Nelson III* <br> Edward R. Nelson III (*admitted pro hac vice*) <br> Texas Bar No. 00797142 <br> John Murphy (*admitted pro hac vice*) <br> Texas Bar No. 24056024 <br> Christopher G. Granaghan (*admitted pro hac vice*) <br> Texas Bar No. 24078585 <br> Brian P. Herrmann (*admitted pro hac vice*) <br> Texas Bar No. 24083174 <br> ed@nbafirm.com <br> murphy@nbafirm.com <br> chris@nbafirm.com <br> brian@nbafirm.com <br> NELSON BUMGARDNER ALBRITTON P.C. <br> 3131 West Seventh Street, Suite 300 <br> Fort Worth, Texas 76107 <br> Telephone: (817) 377-9111 <br><br> */s/ Preston H. Heard* <br> Preston H. Heard (*Designated Local Counsel*) <br> Georgia Bar No. 476319 <br> Preston.Heard@wbd-us.com | */s/ William Y. Klett III* <br> WILLIAM Y. KLETT III <br> *Admitted pro hac vice* <br> GRAHAM H. STIEGLITZ <br> Georgia Bar No. 682047 <br> BURR & FORMAN LLP <br> 171 17th Street NW, Suite 1100 <br> Atlanta, Georgia 30363 <br> wklett@burr.com <br> gstieglitz@burr.com <br><br> ***ATTORNEYS FOR DEFENDANTS ARCHER WESTERN CONTRACTORS, LLC, ARCHER WESTERN CONSTRUCTION, LLC, HUBBARD CONSTRUCTION COMPANY, AND NORTHWEST EXPRESS ROADBUILDERS*** |

| | |
|---|---|
| WOMBLE BOND DICKINSON (US) LLP<br>271 17th Street, NW<br>Suite 2400<br>Atlanta, Georgia 30363-1017<br>Telephone: (404) 872-7000<br><br>***ATTORNEYS FOR LBH ENGINEERS, LLC*** | |
| */s/ Jeffrey J. Phillips*<br>NEAL J. SWEENEY<br>Georgia Bar No. 694725<br>TODD M. HEFFNER<br>Georgia Bar No. 595870<br>JONES WALKER LLP<br>1360 Peachtree St. NE, Suite 1030<br>Atlanta, Georgia 30309<br>Tel.: (404) 870-7500<br>nsweeney@joneswalker.com<br>theffner@joneswalker.com<br><br>JEFFREY J. PHILLIPS<br>*Admitted pro hac vice*<br>Texas Bar No. 24037279<br>JONES WALKER LLP<br>811 Main St., Suite 2900<br>Houston, Texas 77002<br>Tel.: (337) 593-7600<br>jphillips@joneswalker.com<br><br>MICHAEL K. LEACHMAN<br>*Admitted pro hac vice*<br>Louisiana Bar No. 30158<br>JONES WALKER LLP<br>445 N. Blvd., Suite 800<br>Baton Rouge, Louisiana 70809 | */s/ Brian S. Spiler*<br>BRIAN S. SPITLER<br>Georgia Bar No. 672287<br>KENT T. STAIR<br>Georgia Bar No. 674029<br>COPELAND, STAIR, KINGMA & LOVELL LLP<br>191 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia 30303<br>bspitler@cskl.law<br>kstair@cskl.law<br><br>***ATTORNEYS FOR HEATH & LINEBACK ENGINEERS, INC.*** |

3

| | |
|---|---|
| Tel.: (225) 248-2000<br>mleachman@joneswalker.com<br><br>ANDREW S. HARRIS<br>*Admitted pro hac vice*<br>Mississippi Bar No. 104289<br>JONES WALKER LLP<br>190 East Capitol St., Suite 800<br>Jackson, Mississippi 39201<br>Tel.: (601) 949-4900<br>aharris@joneswalker.com<br><br>***ATTORNEYS FOR PARSONS CORPORATION AND PARSONS TRANSPORTATION GROUP INC.*** | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was prepared using 14-point Times New Roman font, and otherwise conforms to the requirements of Local Rule 5.1(C) and 7.1(D).

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

On October 28, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Georgia, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Edward R. Nelson III*